Case 6:09-cr-00042-LGW-CLR   Document 100   Filed 05/28/19   Page 1 of 1

GASD First Step Act Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(B)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
для the

___Southern___ District of ___Georgia___

Statesboro Division

| | |
|---|---|
| United States of America<br>v.<br>Kevin Tyrone Saunders<br>aka "Pistol" | ) <br> ) Case No: 6:09-cr-00042-1<br>)<br>) USM No: 14085-021<br>) |
| Date of Original Judgment: January 7, 2010<br>Date of Previous Amended Judgment: March 1, 2010<br>*(Use Date of Last Amended Judgment if Any)* | ) Larry K. Moore<br>Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the First Step Act of 2018 pursuant to Pub. L. No. 115-391, and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated ___March 1, 2010,___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: May 28, 2019

_____
Judge's signature

Effective Date: _____
*(if different from order date)*

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
*Printed name and title*