# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 609-042 |
| | ) | |
| KEVIN TYRONE SAUNDERS | ) | |
| | ) | |

## GOVERNMENT'S MOTION FOR LEAVE TO AMEND ITS RESPONSE IN OPPOSITION TO DEFENDANT'S 18 U.S.C. § 3582(c)(1)(A) MOTION

The Government moves to amend its response to defendant Kevin Tyrone Saunders's 18 U.S.C. § 3582(c)(1)(A) motion. (Doc. 143.) In the Government's original response, the Government observed that Saunders's PSR did not indicate that Saunders was married. However, subsequent to filing its response, the Government received from BOP a copy of Saunders's certificate of marriage showing that he and his wife were married while he was incarcerated in June 2019. Therefore, in light of this updated information, the Government moves for leave to amend its response. Attached is the Government's proposed amended response.

Respectfully submitted,

DAVID H. ESTES
UNITED STATES ATTORNEY

*/s/ Channell V. Singh*
Channell V. Singh
Assistant United States Attorney
Georgia Bar No. 216540
channell.singh@usdoj.gov

P.O. Box 8970
Savannah, Georgia 31412
(912) 652-4422

# CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") that was generated as a result of electronic filing in this Court. Additionally, a copy has been mailed to:

Kevin Tyrone Saunders, Reg. No. 14085-021
FCI Butner Medium II
Federal Correctional Institution
Inmate Legal Mail
P.O. Box 1500
Butner, NC 27509

This August 30, 2022.

    Respectfully submitted,

    DAVID H. ESTES
    UNITED STATES ATTORNEY

    ***/s/ Channell V. Singh***
    Channell V. Singh
    Assistant United States Attorney
    Georgia Bar No. 216540
    channell.singh@usdoj.gov

P.O. Box 8970
Savannah, Georgia 31412
(912) 652-4422