IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 609-042 |
| | ) | |
| KEVIN TYRONE SAUNDERS | ) | |
| | ) | |

## ORDER

Before the Court is the Government's motion for leave to amend its response in opposition to Defendant Kevin Saunders's motion filed pursuant to 18 U.S.C. § 3582(c)(1)(A). Dkt. No. 144. In light of the updated information provided in the Government's motion for leave to amend, the Court **GRANTS** the motion and directs the Clerk to file the Government's amended response as a new entry upon the docket.

**SO ORDERED** this 31 day of August, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA