# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CITATION OF NEW AUTHORITY FOR** |
| ) | **MOTION FOR RECONSIDERATION OF** |
| ) | **MOTION FOR COMPASSIONATE** |
| ) | **RELEASE/REDUCTION IN SENTENCE** |
| Plaintiff, ) | **PURSUANT TO 18 U.S.C. § 3582(C)(1)(A)** |
| ) | **AND THE FIRST STEP ACT OF 2018** |
| v. ) | |
| ) | CASE NO. 6:09-cr-00042-LGW-CLR-1 |
| KEVIN TYRONE SAUNDERS, ) | |
| ) | |
| Defendant. ) | |

COMES Movant, KEVIN TYRONE SAUNDERS ("Saunders"), appearing *pro se,* and files his Citation of New Authority for Motion for Reconsideration of Motion for Compassionate Release/Reduction in Sentence Pursuant to 18 U.S.C. § 3582(C)(1)(A) and the First Step Act of 2018, and would show as follows:

## I. PRELIMINARY STATEMENT

As a preliminary matter, Saunders respectfully requests that the Court be mindful that "a *pro se* complaint should be given liberal construction, we mean that if the essence of an allegation is discernible ... then the district court should construe the complaint in a way that permits the layperson's claim to be considered within the proper legal framework." See *Campbell v. Air Jamaica Ltd.*, 760 F.3d 1165 (11th Cir. 2014) ("*Pro se* pleadings are held to a less stringent standard than pleadings drafted by attorneys and will, therefore, be liberally construed."); *Estelle v. Gamble,* 429 U.S. 97 (1976) (same); and *Haines v. Kerner*, 404 U.S. 519 (1972) (same).

## II. CITATION OF NEW AUTHORITY

Since the filing of his Motion for Reconsideration of Motion for Compassionate Release/Reduction in Sentence Pursuant to 18 U.S.C. § 3582(C)(1)(A) and the First Step Act of 2018, Saunders has received a letter from the Illinois Cancer Care dated September 6, 2022. In this letter, Kimberly Ku, M.D., explains the current state of Sandra Saunders and her cancer treatments. See **Exhibit-I**, attached hereto. She states that Ms Saunders cancer has relapsed metastatic adenocarcinoma of the colon. She initially was diagnosed with stage III disease in September 2021; however, she subsequently had a relapse in the right inguinal lymph node.

Saunders files this Citation of New Authority to further support and evidence of the fact that Ms. Saunders needs her husband home to take care of her in her current condition.

WHEREFORE, premises considered, Saunders prays that the Court will consider this new evidence of his wife's condition, and grant him compassionate release due to his wife's underlying incurable cancer.

Respectfully submitted,

Dated: September 23, 2022

KEVIN TYRONE SAUNDERS
REG. NO. 14085-021
FCI BUTNER MEDIUM II
FEDERAL CORR. INSTITUTION
P.O. BOX 1500
BUTNER, NC  27509

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 23, 2022, a true and correct copy of the above and foregoing Citation of New Authority for Motion for Reconsideration of Motion for Compassionate Release/Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018 was sent via U. S. Mail, postage prepaid, Justin G. Davids, at U.S. Attorney's Office, Southern District of Georgia, 22 Barnard St., Savannah, GA 31401.

KEVIN TYRONE SAUNDERS



# ILLINOIS CANCERCARE, P.C.

*Specializing in Cancer and Blood Disorders*

**PHYSICIANS**
Fahad B. Asad, MD
Madhuri Bajaj, MD
Vijay K. Damarla, MD
Paul A.S. Fishkin, MD
Francois J. Geoffroy, MD
Gregory J. Gerstner, MD
Musaberk Goksel, MD
Patrick L. Gomez, MD
Srinivas Jujjavarapu, MD
Kimberly Ku, MD
Pankaj Kumar, MD
Nguyet A. Le-Lindqwister, MD
Jane Liu, MD
Gary R. MacVicar, MD
Nadia Q. Rehman, MD
Shawn M. Seibert, MD
Michael H. Veeder, MD
Shijia Zhang, MD

September 6th, 2022

RE: SAUNDERS, SANDRA LEE, DOB: 6/30/1970

To Whom It May Concern:

Sandra Saunders is being cared for at Illinois CancerCare for relapsed metastatic adenocarcinoma of the colon. She initially was diagnosed with stage III disease in September 2021; however, she subsequently had a relapse in the right inguinal lymph node and underwent a biopsy that proved metastatic disease. She has been undergoing chemotherapy and at this time is stable. She, however, does have problems with decrease in her blood counts from her treatment which may limit future treatment options. Her long term prognosis is uncertain and dependent on how well she handles chemotherapy and response to treatments. Currently her husband is in federal prison and due to her incurable diagnosis of colon cancer, uncertain prognosis, she is hoping for an earlier release in order for him to spend more time with her given her shortened life expectancy. Her daughter lives nearby, but is a single mother working full time. She does not have consistent moral support. She would benefit from having help with transportation and caring for her 13 year old son while going through chemotherapy. Typically the median life expectancy for metastatic colon cancer is approximately two years but this can be shorter or longer depending on response and available therapies. She does also have other comorbidities that can shorten her life expectancy and based on her diagnosis and comorbidities she would be expected to have a life expectancy of less than one year. If I can be of any further assistance, please do not hesitate to contact me at Illinois CancerCare, (309) 243-3000. Thank you in advance for consideration of early release of her husband due to her underlying incurable cancer.

Sincerely,

Kimberly Ku, MD

**ADVANCED PRACTICE NURSES**
Debra E. Beach, APN
Elizabeth M. Berryman, APN
Rachel E. Blodgett, APN
Karl A. Breckenridge, APN
Jamie C. Cook, APN
Tammy S. Daily, APN
Melissa S. DeLa Torre, APN
Holly Jo Delinski, APN
Kami L. Doubet, APN
Jodi E. Foreman, APN
Jessica Gamblin, APN
Lindsey L. Grys, APN
Michelle D. Johnson, APN
Kathie A. Kindred, APN
Jessica N. Lemmerman, APN
Sarah L. Lindsey, APN
Doreen L. Link, APN
Jennifer M. Mendaluk, APN
Roxanne R. McLaughlin, APN
Heather R. Pierce, APN
Nita Raut, APN
Gloria J. Riley, APN
Gina D. Riner, APN
Deborah J. Rufus, APN
Cynthia Salazar, APN
Robin L. Schertz, APN
Kim M. Scott, APN
Jessica M. Stewart, APN
Erin L. Whalen, APN
Judy Williamson, APN

**EXHIBIT-1**



QCP
QOPI Certification Program

Founding member of the Heartland NCI Community Oncology Research Program • Participating in cancer research since 1979

8940 North Wood Sage Rd. • Peoria, Illinois 61615 • Office 309.243.3000 • www.illinoiscancercare.com

KEVIN TYRONE SAUNDERS
REG. NO. 14085-021
FCI BUTNER MEDIUM II
FEDERAL CORR. INSTITUTION
P.O. BOX 1500
BUTNER, NC 27509

September 23, 2022

Mr. John E. Triplett
Clerk of Court
U.S. District Court
Southern District of Georgia
Statesboro Division
P.O. Box 8286
Savannah, GA 31412

      RE:  *Saunders v. United States*
             Crim No. 6:09-cr-00042-LGW-CLR-1

Dear Mr. Triplett:

    Enclosed please find and accept for filing Movant's Citation of New Authority for Motion for Reconsideration for Motion for Compassionate Release/Reduction in Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) and the First Step Act of 2018. Please submit this document to the Court.

    Thank you for your assistance in this matter.

                                      Sincerely,

                                      KEVIN TYRONE SAUNDERS
                                      Appearing *Pro Se*

*Encl. as noted*

PRIORITY MAIL
POSTAGE REQUIRED

PRESS FIRMLY TO SEAL

PRIORITY®

UNITED STATES POSTAL SERVICE.
Retail

US POSTAGE PAID
$8.95
Origin: 77070
09/23/22
4800420059-01

PRIORITY MAIL®

0 Lb 2.30 Oz

1004

EXPECTED DELIVERY DAY: 09/27/22

SHIP TO:
PO BOX 8286
SAVANNAH GA 31412-8286

B005

USPS TRACKING® #



9505 5104 4802 2266 6828 30

FROM:

KEVIN TYRONE SAUNDERS
REG. NO. 14085-021
FCI BUTNER MEDIUM II
FEDERAL CORR. INSTITUTION
P.O. BOX 1500
BUTNER, NC  27509

TO:

Mr. John E. Triplett, Clerk of Court
U.S. District Court
Southern District of Georgia
Statesboro Division
P.O. Box 8286
Savannah, GA 31412

U.S. Marshals Service
Savannah, Georgia
RECEIVED

UNITED STATES